NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**CAS SANDRA TANNER,**
*Petitioner,*

v.

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent.*

2010-3157

Petition for review of the Merit Systems Protection Board in case no. DA0752090025-I-1.

**ON MOTION**

## ORDER

We construe the petitioner's notice of docketing as a motion to reform the official caption.

To the extent that the petitioner is seeking to reform the caption to designate the Office of Personal Management as a respondent, that request is denied.* The Merit

---

\* If petitioner is attempting to inform the court that her last name has changed to "Young," she should more clearly indicate that in writing to the court.

Systems Protection Board's decision did not involve the Office of Personnel Management as a party. Further, because the Board dismissed the underlying appeal for lack of jurisdiction, we designate the Board as the respondent. 5 U.S.C. § 7703(a)(2).

Accordingly,

IT IS ORDERED THAT:

The motion is denied. The revised official caption is reflected above.

FOR THE COURT

AUG 2 6 2010
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Cas Sandra Tanner
    Antonia R. Soares, Esq.
    B. Chad Bungard, Esq.

s19

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 2 6 2010

JAN HORBALY
CLERK